**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

March 3, 2009

Clerk, U.S. Bankruptcy Court

RE: John McGuire
    Bankruptcy Case No.   1-04-00849
    Unclaimed Funds For: Sallie Mae
                         220 Lasley Ave
                         Wilkes-Barre PA 18706

Dear Clerk:

Enclosed herewith please find check No.736000 for $1,345.75 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager